JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| Denise Didario f/k/a Denise M. Kord,<br><br>Plaintiff,<br><br>v.<br><br>Bleier & Cox, APC; and National Collegiate Student Loan Trust 2004-1, a Delaware Statutory Trust,<br><br>Defendants. | Related Cases:<br>Case No.: 2:16-cv-07168-FMO-MRW<br>Case No.: 2:16-cv-07169-FMO-MRW<br><br>[~~PROPOSED~~] ORDER ENTERING JUDGMENT IN FAVOR OF DENISE DIDARIO F/K/A DENISE M. KORD AGAINST DEFENDANT NATIONAL COLLEGIATE STUDENT TRUST 2004-1, A DELAWARE STATUTORY TRUST<br><br><br>Judge: Hon. Fernando M. Olguin |
|---|---|

On October 25, 2016, Defendant NATIONAL COLLEGIATE STUDENT TRUST 2004-1, A DELAWARE STATUTORY TRUST ("Defendant") made an Offer of Judgment to Plaintiff DENISE DIDARIO F/K/A DENISE M. KORD

("Plaintiff") [ECF No. 12]. Thereafter, Plaintiff accepted said Offer on November 9, 2016. [ECF No. 17].

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Plaintiff Denise Didario against National Collegiate Student Trust 2004-1, a Delaware Statutory Trust pursuant to Fed. R. Civ. P. Rule 68; and
2. Said Judgment shall be for the sum of $1,001.00 (one thousand one dollar and zero cents) for the action pending in Case No.: 2:16-cv-07168-FMO-MRW and an additional $1,001.00 (one thousand one dollar and zero cents) for the action pending in Case No.:2:16-cv-07169-FMO-MRW for a total Judgment of $2,002.00 (two thousand two dollars and zero cents).
3. Parties may agree to reasonable attorney's fees and costs. If the Parties cannot agree, reasonable attorney's fees and costs are to be determined by the Court by application by Plaintiff.

Dated: November 10, 2016            _____/s/_____
                                    HON. FERNANDO M. OLGUIN
                                    U.S. DISTRICT COURT JUDGE